**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DEMETRIUS LAREDO WALKER,**

       **Plaintiff,**

**v.**                       **Case No.  1:17cv79-MW/GRJ**

**GARY HERRON, et al.,**

       **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 35.   Accordingly,

**IT IS ORDERED**: The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Amended Motion to Dismiss by Defendants Herron and Davenport, ECF No. 24, is **GRANTED in part and DENIED in part**.  Plaintiff is permitted to proceed on his claims for nominal damages only.  Plaintiff's state tort claim is permitted to proceed.

**SO ORDERED on April 25, 2018.**

                                **s/Mark E. Walker**_____
                                **United States District Judge**