# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DEMETRIUS LAREDO WALKER,**

    **Plaintiff,**

v.                                                  Case No.1:17cv79-MW/GRJ

**GARY HERRON, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.95. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Defendants' motion for summary judgment, ECF No. 80, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on March 28, 2019.**

                                                   s/Mark E. Walker    
                                                   **Chief United States District Judge**